THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS REICH, True Name FRANCIS A. REICH, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of criminally receiving stolen property unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TAUB, Appellant.— Judgment of the County Court of Queens County convicting the defendant of the crime of grand larceny in the second degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONOFRIO TRICARICO, True Name ONOFRIO MICHAEL TRICARICO, Appellant.— Judgment of the County Court of Queens County convicting defendant of the crimes of robbery in the first degree, grand larceny in the second degree and assault in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER H. WILEY, JR., True Name WALTER HENRY WILEY, JR., Appellant.— Appeal from a judgment of the County Court of Queens County convicting defendant of the crimes of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him to State Prison for an indeterminate term of not less than twenty and not more than thirty years. In our opinion the evidence amply supports the conviction. The sentence, however, was not legal in so far as it concerned the minimum thereof. (*People* v. *Lieberman*, 248 App. Div. 602; affd., 273 N. Y. 524.) Pursuant to section 543, Code of Criminal Procedure, the judgment of the County Court of Queens County is modified by providing that defendant is sentenced to an indeterminate term of not less than fifteen years and not more than thirty years. As so modified, the judgment is unanimously affirmed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. RICHARD P. LIMBURG, as Supervisor, R. EUGENE CURRY and Others, as Councilmen, Together Constituting the Town Board of the Town of North Castle, Westchester County, Respondents.— Order confirming certain 1939 sewer assessments in Sewer District No. 1, and Extensions, in the town of North Castle, Westchester county, and dismissing the writ of certiorari, unanimouly affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.